**Juan R. DURRUTHY; Juana Durruthy, Plaintiffs-Appellants,**

v.

**MTC FINANCIAL, INC., DBA Trustee Corps; et al., Defendants-Appellees.**

**No. 17-55512**

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 26, 2017

Juan R. Durruthy, Pro Se

Juana Durruthy, Pro Se

Jan T. Chilton, Attorney, Severson & Werson APC, San Francisco, CA, Kerry W. Franich, Severson & Werson, Irvine, CA, for Defendants-Appellees

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

**MEMORANDUM ***

Juan R. Durruthy and Juana Durruthy appeal pro se from the district court's judgment dismissing their action alleging federal claims for failure to pay the filing fee after denying their motion to proceed in forma pauperis. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

Because the Durruthys have failed to address on appeal how the district court erred in dismissing their action, they have waived their challenge to the district court's dismissal for failure to pay the filing fee. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived.").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.